UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br><br>v.<br><br>TIWANA HOLLIS,<br>JORDAN BROWN,<br><br>　　　　Defendant. | Case No. 16-cr-01995-JM<br><br>ORDER TO CONTINUE<br>STATUS HEARING |

JOINT MOTION HAVING BEEN ENTERED by the parties, and GOOD CAUSE appearing, IT IS HEREBY ORDERED, that defendant TIWANA HOLLIS and JORDAN BROWN's status hearing date be continued from Monday, October 2, 2017 at 11:00 a.m. to Friday, November 3, 2017 at 11:00 a.m. The parties agree that there is good legal cause for this continuance and that time shall be excluded pursuant to the Speedy Trial Act.

**IT IS SO ORDERED.**

Dated: September 29, 2017

JEFFREY MILLER
United States District Court Judge