# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 16cr1995 JM |
| Plaintiff, | ORDER TO CONTINUE MOTION/TRIAL SETTING HEARING |
| v. | |
| TIWANA HOLLIS, JORDAN BROWN, | |
| Defendant. | |

JOINT MOTION HAVING BEEN ENTERED by the parties (Doc. No. 75), and GOOD CAUSE appearing, IT IS HEREBY ORDERED, that defendant TIWANA HOLLIS and JORDAN BROWN's motion/trial setting hearing date be continued from March 16, 2018 to *April 20, 2018 at 11:00 a.m.* The parties agree that there is good legal cause for this continuance and that time shall be excluded in accordance with 18 U.S.C § 3161.

**IT IS SO ORDERED.**

DATED: March 13, 2018

Hon. Jeffrey T. Miller
United States District Judge